**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JANUARY 20, 2011**

**HONORABLE ROBERT G. JAMES,** JUDGE PRESIDING
**DEBBIE LOWERY,** COURT REPORTER
**DEBBIE DICKERSON,** MINUTE CLERK
**KAYLA MAY**, LAW CLERK

COURT OPENED AT 8:30 **A.M.**                COURT ADJOURNED AT **5:20 P.M.**
Statistical Time: 6 Hours 50 Minutes

**MINUTES OF COURT**

CASE NO.  **3:09CR00112-01**
DEFENDANT: **J. JEFFREY PRUETT; LOUISIANA LAND & WATER CO; LWC MANAGEMENT COMPANY, INC.**
GOVERNMENT  COUNSEL: Earl M. Campbell & Thomas C. Walsh, Jr.
DEFENSE COUNSEL: J. Michael Small and Michael Allyn Stroud

**CASE CALLED FOR:**   JURY TRIAL

(X) TRIAL WITH JURY 7th DAY

PROCEEDINGS:

(X) TESTIMONY AND EVIDENCE BY GOVERNMENT CONCLUDED
(X) TESTIMONY AND EVIDENCE BY DEFENDANT

FILINGS: Government's Motion in Limine

COMMENTS: Argument held and Government's motion is moot.  Court will resume Friday, January 21, 2011 at 9:00 A.M.   Charge conference held after jury let go for the day.